DICKINSON WRIGHT PLLC
Justin J. Bustos
Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
Brooks T. Westergard
Nevada Bar No. 14300
Email: BWestergard@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:   775-343-7500
Fax:   844-670-6009

DICKINSON WRIGHT PLLC
Jacob S. Frenkel
MD Bar No. 199206092
(will comply with LR IA 11-2 within 14 days)
Email: JFrenkel@dickinsonwright.com
1825 I St., N.W., Suite 900
Washington, DC 20006
Tel:   202-466-5953
Fax:   844-670-6009

*Attorneys for Plaintiff Upexi, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UPEXI, INC., a Nevada corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DOES 1-100; ROE CORPORATIONS 1-100; AND XYZ LLCS 1-100,<br><br>　　　　　　　Defendant. | Case No.:<br><br>**PLAINTIFF UPEXI, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Plaintiff Upexi, Inc. ("Plaintiff"), by and through its counsel of record, the law firm of Dickinson Wright PLLC, states that Plaintiff is a publicly-traded company incorporated in the state of Nevada. Plaintiff certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Plaintiff certifies that there are no additional interested parties other than those in the case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 22nd day of November, 2024.

                          DICKINSON WRIGHT PLLC

                          */s/ Justin J. Bustos*
                          Justin J. Bustos (Nevada Bar No. 10320)
                          Email:  JBustos@dickinsonwright.com
                          Brooks T. Westergard (Nevada Bar No. 14300)
                          Email:  BWestergard@dickinsonwright.com
                          100 West Liberty Street, Suite 940
                          Reno, Nevada  89501-1991
                          Tel:     775-343-7500

                          DICKINSON WRIGHT PLLC
                          Jacob S. Frenkel
                          MD Bar No. 199206092
                          (will comply with LR IA 11-2 within 14 days)
                          Email:  JFrenkel@dickinsonwright.com
                          1825 I St., N.W., Suite 900
                          Washington, DC  20006
                          Tel:     202-466-5953

                          *Attorneys for Plaintiff Upexi, Inc.*

4863-4818-9182 v1 [100775-25]

