# EXHIBIT 1

**PLAINTIFF UPEXI, INC.'S DECLARATION OF ANDREW NORSTRUD IN SUPPORT OF EX P ARTE MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY**

# EXHIBIT 1

DICKINSON WRIGHT PLLC
Justin J. Bustos
Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
Brooks T. Westergard
Nevada Bar No. 14300
Email: BWestergard@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:   775-343-7500
Fax:   844-670-6009

DICKINSON WRIGHT PLLC
Jacob S. Frenkel
MD Bar No. 199206092
(will comply with LR IA 11-2 within 14 days)
Email: JFrenkel@dickinsonwright.com
1825 I St., N.W., Suite 900
Washington, DC 20006
Tel:   202-466-5953
Fax:   844-670-6009

*Attorneys for Plaintiff Upexi, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UPEXI, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-100; ROE CORPORATIONS 1-100; AND XYZ LLCS 1-100,<br><br>Defendant. | Case No.: 2:24-cv-02185-JCM-MDC<br><br>**PLAINTIFF UPEXI, INC.'S DECLARATION OF ANDREW NORSTRUD IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY** |

I, Andrew Norstrud, declare as follows:

1. I am the Chief Financial Officer, Secretary and a Director at Upexi, Inc. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, am competent to testify.

2. I submit this Declaration in support of Plaintiff Upexi, Inc.'s Ex Parte Motion for Leave to Conduct Limited Expedited Discovery (the "Ex Parte Motion").

1

3. Upexi does not know the identity of the account holders requesting additional shares of Upexi stock. It is my understanding that only the broker-dealers that executed the trades know the identities of the accounts at issue.

4. Following the reverse split, I have been working with V Stock Transfer, Upexi's transfer agent, regarding the accounts requesting the issuance of additional shares of stock. I requested information from V Stock Transfer regarding the request for issuance of additional shares of stock. However, V Stock Transfer does not have information regarding the beneficial holders of stock. Instead, it has information regarding bulk trade from the Depository Trust & Clearing Corporation ("DTC").

5. Attached to the Ex Parte Motion as **Exhibit 2** is a true and correct copy of a list I received from V Stock Transfer that identifies the broker-dealers holding shares of Upexi stock in street name.

6. In light of the common practice of holding securities in street name, Upexi does not know the identity of the account holders. Instead, such information is only known to the broker-dealers that executed the trades at issue in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2025.

Andrew Norstrud

4908-7633-9463 v1 [100775-25]