# EXHIBIT 2

Beneficial Holders List

# EXHIBIT 2

| Client ID | Client | Round Up Quantity |
|---:|---|---:|
| 5 | GOLDMAN SACHS | 3 |
| 10 | BBH | 1 |
| 15 | Morgan Stanley | 661 |
| 50 | Morgan Stanley | 0 |
| 52 | COR Clearing LLC | 2 |
| 62 | Vanguard Marketing Corporation- Brokerage | 83 |
| 75 | LPL Financial Corporation | 3 |
| 158 | Apex Clearing Corp | 90867 |
| 161 | MERRILL LYNCH | 0 |
| 164 | Charles Schwab | 22983 |
| 221 | UBS Financial Services | 0 |
| 226 | NFS | 54882 |
| 229 | Barclays Capital Inc. | 0 |
| 235 | RBC Capital Markets Corporation | 5 |
| 271 | TradeStation Securities. Inc. | 4 |
| 279 | Hilltop Securities. Inc. | 0 |
| 280 | US Bancorp Investments. Inc. | 0 |
| 287 | TRADEUP SECURITIES, Inc | 0 |
| 294 | Velocity Clearing, LLC | 0 |
| 352 | BEAR STEARNS | 12014 |
| 361 | D.A. Davidson & Co. | 0 |
| 443 | Pershing LLC | 888 |
| 505 | Citigroup Global Mrkts Inc/Correspondent Clearing | 0 |
| 534 | Interactive Brokers LLC | 0 |
| 547 | Baird (Robert W.)& Co. Incorporated | 0 |
| 595 | Vision Financial markets LLC | 14 |
| 695 | ABN Amro Clearing | 0 |
| 701 | Cetera Investment Services LLC | 0 |
| 725 | Raymond James | 2 |
| 756 | Ameriprise Enterprise Investment Services Inc. | 1 |
| 793 | Stifel. Nicolaus & Company Incorporated | 0 |
| 901 | BANK OF NY MELLON | 1 |
| 902 | JP MORGAN CHASE | 0 |
| 908 | Citi | 12 |
| 997 | State Street Bank and Trust Company | 0 |
| 2039 | SEI Investments Inc (2039) | 0 |
| 2072 | Wells Fargo Bank, N.A./SIG | 1 |
| 2319 | SSB-Trust Custody | 0 |
| 2357 | JPMorgan Chase Bank/IA | 0 |
| 2402 | Drivewealth, LLC | 0 |
| 2669 | Northern Trust | 1 |
| 2779 | Sumitomo Mitsui Trust Bank (U.S.A.) Limited | 0 |
| 2787 | BNP Paribas, New York Branch/Custody/Client Assets | 2 |
| 3021 | Alpaca Securities LLC | 1 |
| 3856 | Velox Clearing LLC | 10 |
| 4272 | FUTU Clearing Inc | 0 |
| 5002 | RBC Dominion Securities. Inc. /CDS | 7 |
| 5004 | Wealthsimple Investments, Inc/ CDS | 13 |
| 5008 | NBCN Inc. /CDS | 60 |
| 5011 | Scotia Capital Inc. /CDS | 3 |
| 5028 | Desjardins Securities Inc. /CDS | 49 |
| 5030 | CIBC World Markets Inc. /CDS | 7 |
| 5036 | TD Waterhouse Canada Inc. /CDS | 7 |
| 5043 | BMO Nesbitt Burns Inc. /CDS | 1 |

| | | |
|---|---|---:|
| 5046 | Canaccord Genuity Corp./CDS | 4 |
| 5083 | Credential Securities Inc./CDS | 0 |
| 5084 | Questrade | 25 |
| 5085 | CI Investment Services Inc | 0 |
| 5143 | Merrill Lynch. Pierce. Fenner & Smith. Inc. - | 0 |
| 5198 | BAML | 0 |
| 5208 | Goldman Sachs International | 0 |
| 5284 | UBS Securities LLC/Securities Lending | 0 |
| 6769 | Robinhood Securities | 19313 |
| 8199 | WEDBUSH SECURITIES INC./P3 | 0 |
| 8396 | HSBC Bank USA, National Association | 0 |
| 8430 | Citadel Securities LLC | 0 |
| 8455 | BARCLAYS BANK PLC (NEW YORK BRANCH) | 0 |
| 8460 | Phillip Capital | 2 |
| 8862 | Bank of America / Merrill Lynch | 251 |
| 9132 | Clear Street | 0 |
| | | 202183 |