# EXHIBIT 1

# EXHIBIT 1

DICKINSON WRIGHT PLLC
Justin J. Bustos
Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
Brooks T. Westergard
Nevada Bar No. 14300
Email: BWestergard@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:   775-343-7500
Fax:   844-670-6009

*Attorneys for Plaintiff Upexi, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UPEXI, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>v.<br><br>DOES 1-100; ROE CORPORATIONS 1-100; AND XYZ LLCS 1-100,<br><br>          Defendant. | Case No.: 2:24-cv-02185-JCM-MDC<br><br>**DECLARATION OF JUSTIN J. BUSTOS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |

I, Justin J. Bustos, declare pursuant to NRS 53.045 and under the penalty of perjury that:

1. I am an attorney with the law firm of Dickinson Wright PLLC, counsel for Plaintiff Upexi, Inc. ("Upexi") in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's Ex Parte Motion for Protective Order (the "Motion"). I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would competently testify thereto.

3. Upexi has issued and served subpoenas on the following third parties: (1) Apex Clearing Corp.; (2) NFS; (3) Charles Schwab; (4) Robinhood Securities; (5) Pershing LLC; (6) Morgan Stanley; and (7) Phillip Capital.

4. The broker-dealers that have responded objected to producing information in the absence of a protective order.



I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of February, 2025.

                          */s/ Justin J. Bustos*
                          JUSTIN J. BUSTOS

4929-1223-4265 v1 [99998-3884]

