DICKINSON WRIGHT PLLC
Justin J. Bustos
Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
Brooks T. Westergard
Nevada Bar No. 14300
Email: BWestergard@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:   775-343-7500
Fax:   844-670-6009

*Attorneys for Plaintiff Upexi, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UPEXI, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-100; ROE CORPORATIONS 1-100; AND XYZ LLCS 1-100,<br><br>Defendant. | Case No.: 2:24-cv-02185-JCM-MDC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Upexi, Inc., by and through its counsel of record, Dickinson Wright PLLC, provides notice that it is voluntarily dismissing this action without prejudice.

DATED: April 16, 2025.

DICKINSON WRIGHT PLLC

By: */s/ Justin J. Bustos*
Justin J. Bustos (Nevada Bar No. 10320)
Email: JBustos@dickinsonwright.com
Brooks T. Westergard (Nevada Bar No. 14300)
Email: BWestergard@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:   775-343-7500

*Attorneys for Plaintiff Upexi, Inc.*